```
 1  Jim D. Smith
    Attorney at Law
 2  221 S. Second Avenue
    Yuma, Arizona 85364
 3  (928) 783-7809
    Attorney No. 2661
 4
    Attorney for Trustee
 5
 6
 7
                    IN THE UNITED STATES BANKRUPTCY COURT
 8
                        FOR THE DISTRICT OF ARIZONA
 9
```

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| JON PAUL MARSH and | ) | Case No. B-08-13977-YUM-JMM |
| LORRIE JEAN MARSH, | ) | |
| | ) | TRUSTEE'S APPLICATION FOR |
| | ) | ORDER FOR PAYMENT OF UNCLAIMED |
| | ) | FUNDS TO U.S. BANKRUPTCY COURT |
| | ) | |
| Debtors. | ) | |

JIM D. SMITH, Trustee, reports that the following dividend checks have been issued and not presented for payment and more than ninety (90) days has elapsed from the date of issuance:

| **CHECK #** | **DATE ISSUED** | **CREDITOR'S NAME & ADDRESS** | **AMOUNT** |
|---|---|---|---|
| 105 | 12/16/2010 | Bob Dolch<br>15760 Stodderd Wells Rd.<br>Victorville, CA 92392 | $ 32.73 |

The Trustee requests that an Order be entered pursuant to §347(a) of the Bankruptcy Code, directing the Trustee to pay over the amount of **$32.73** to the Clerk of the Bankruptcy Court to be deposited in the Registry thereof.

DATED: 3/22/11

/s/ Jim D. Smith
Jim D. Smith, Trustee